*E-Filed 5/7/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY C. HARRISON, | No. C 13-4670 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| STEVE FREITAS, et al., | |
| Defendants. | |

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED with prejudice because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). Pursuant to Rule 41(b), this dismissal shall operate as a judgment on the merits. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: May 7, 2014

RICHARD SEEBORG
United States District Judge